UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2011 MAR 21  PM 4:34

BY _____
DEPUTY CLERK

_____
                                )
DONALD FELL,                    )
                                )
              Movant,           )
                                )          2:11-cv-75
      v.                        )
                                ) 2:01-CR-12-01
UNITED STATES OF AMERICA,       )
                                )
              Respondent.       )
                                )
                                )
                                )
                                )
                                )
_____)

## MOTION OF DONALD FELL FOR COLLATERAL RELIEF, TO VACATE, SET ASIDE, OR CORRECT SENTENCE, AND FOR A NEW TRIAL PURSUANT TO 28 U.S.C. § 2255

LEWIS J. LIMAN
Cleary Gottlieb Steen &
Hamilton LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

CATHLEEN PRICE
P.O. Box 321762
New York, New York 10032
(212) 998-6193

RICHARD RUBIN
Rubin, Kidney, Myer & DeWolfe
237 N. Main Street
Barre, Vermont, 05641-4125
(802) 479-2514

Date:   March 21, 2011

*Attorneys for Donald Robert Fell, Jr.*