
Image has been removed from the docket.